1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10

ERNESTO ANTONIO MEJIA,          )  1:10-cv—00764-SKO-HC
11                               )
                    Petitioner,  )  ORDER TO PETITIONER TO SHOW CAUSE
12                               )  NO LATER THAN TEN DAYS AFTER THE
                                 )  DATE OF SERVICE OF THIS ORDER WHY
13        v.                     )  THE PETITION SHOULD NOT BE
                                 )  DISMISSED FOR PETITIONER'S
14   JOHNNY WILLIAMS, JR.,       )  FAILURE TO UPDATE HIS ADDRESS AND
                                 )  TO COMPLY WITH AN ORDER OF THE
15                  Respondent.  )  COURT
                                 )
16   _____)

17

18        Petitioner is a state prisoner proceeding pro se and in

19   forma pauperis with a petition for writ of habeas corpus pursuant

20   to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the

21   parties have consented to the jurisdiction of the United States

22   Magistrate Judge to conduct all further proceedings in the case,

23   including the entry of final judgment, by manifesting their

24   consent in writings signed by the parties or their

25   representatives and filed by Petitioner on May 13, 2010, and on

26   behalf of Respondent on January 10, 2011.  Pending before the

27   Court is the petition, which was filed on April 22, 2010, and

28   transferred to the Fresno Division of this Court on April 30,

                               1

1  2010.   Respondent filed an answer with supporting documentation

2  on January 21, 2011.   Petitioner filed identical traverses, each

3  styled as an informal reply, on February 14, 2011, and March 4,

4  2011.

5       On April 4, 2012, the Court served on the parties an order

6  directing Respondent to file supplemental briefing and permitting

7  Petitioner to file a reply.   On April 18, 2012, the copy of the

8  order that had been mailed to Petitioner was returned as

9  "Undeliverable, RTS-Refused."   The docket does not reflect that

10 Petitioner has filed an updated address since the mail was

11 returned.

12      Pursuant to Local Rule 183(b), a party appearing in propria

13 persona is required to keep the Court informed of his or her

14 current address at all times.   Local Rule 183(b) further provides

15 in pertinent part:

16            If mail directed to a plaintiff in propria
             persona by the Clerk is returned by the U.S.
17           Postal Service, and if such plaintiff fails
             to notify the Court and opposing parties
18           within sixty-three (63) days thereafter of a
             current address, the Court may dismiss the
19           action without prejudice for failure to
             prosecute.
20
21      Petitioner has delayed in giving the Court updated address

22 information for approximately sixty days.   It is also unclear

23 whether the Court has Petitioner's correct address information.

24      Petitioner is INFORMED that his delay in informing the Court

25 of current address information constitutes a failure to prosecute

26 and a failure to comply with an order and rule of the Court

27 pursuant to Local Rule 110.

28 ///

1   Accordingly, Petitioner is ORDERED to show cause no later

2 than ten (10) days after the date of service of this order why

3 the petition should not be dismissed for Petitioner's failure to

4 notify the Court and the parties of his current address.

5

6

IT IS SO ORDERED.

7

**Dated:    June 21, 2012**             **/s/ Sheila K. Oberto**

8                                      UNITED STATES MAGISTRATE JUDGE

3